■ LORRAINE W. J. PARKER v. SYLVIA G. HOEFER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Botein, Rabin and Cox, JJ. [See 1 A D 2d 659.]

■ MURRAY SORIN et al., Suing on Behalf of Themselves and All Other Stockholders of Warren Foundry & Pipe Corporation Similarly Situated, and on Behalf of the said Corporation, v. SALOMON E. SHAHMOON et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ. [See ante, p. 678.]

■ SYLVIA GLUCKSTERN v. PHILIP GLUCKSTERN.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See ante, p. 744, No. 5.]

■ O. WARD EGGELSTON, JR., v. 161 W. 57 INC.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See ante, p. 668.]

■ G. M. C. PROCESS CORP. v. JOSEPH GAROFANO et al.— Motion for leave to appeal to the Court of Appeals or for reargument or resettlement denied, with $10 costs. Concur — Peck, P. J., Breitel, Frank, Valente and Bergan, JJ. [See ante, p. 115.]

■ EUGENIA DIAZ, Respondent, v. ROSMAR ESTATES, INC., et al., Appellants. GEORGE CARRERAS, Respondent, v. ROSMAR ESTATES, INC., et al., Appellants. FRANCISCO NIEVES, Respondent, v. ROSMAR ESTATES, INC., et al., Appellants.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ SHIRLEY KOLASKY, Respondent, v. A. LEILA JOANNY, Respondent, and ROSE ANDREWS, Appellant.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ WERNER BERGE v. GERACE & CASTAGNA, INC.—Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ IRENE PRICE v. NATIONAL DEMOCRATIC CLUB, INC.—Application denied, with $10 costs and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ JOSEPH TOBOLA, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and CONSOLIDATED SHIPBUILDING CORP., Appellant.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ MORRIS FORDON v. PIKE COUNTY HOTEL CORPORATION, Doing Business as UNITY HOUSE.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ HILLYER & BELL, INC., v. GREGORY FILACTOS.— Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ KURST S. POPPER, Doing Business as K. S. POPPER COMPANY, v. LOUIS SCHREIBER.—Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.

■ GERARD A. PELTIER v. NATIONAL CASUALTY COMPANY.—Application denied, with $10 costs, and stay vacated. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ.